UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RACHEL WEINGEIST, individually and on behalf of all
other persons similarly situated who were employed
by TROPIX MEDIA & ENTERTAINMENT and
TROPIX HOLDINGS LLC and TROPIX INC.,

                       Plaintiff,

  -against-

TROPIX MEDIA & ENTERTAINMENT,
TROPIX HOLDINGS LLC, TROPIX, INC.,
MARIO BAEZA, TAYMI CESPEDES,
JAVIER RODRIGUEZ, and TANIA MILAN,

                       Defendants.
------------------------------------------------------------------------X

Case No.: 1:20-cv-00275 (ER) (SLC)

**DEFAULT JUDGMENT**

This action having been commenced on January 14, 2020 by the filing of the Summons and Complaint and by the filing of a First Amended Complaint on January 24, 2020, and a copy of the Summons and First Amended Complaint having been served on Defendants, TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC. and MARIO BAEZA, on February 20, 2020 by personally serving Jose, Security for River Ridge, a person of suitable age and discretion at the home address of Mario Baeza, Chief Executive Officer of Tropix Media and Entertainment/Tropix Holdings LLC/Tropix Inc., located at 200 Old Palisade Road, Fort Lee, NJ 07024 and proof of service having been filed on February 24, 2020, and copy of the Summons and Amended Complaint having been served on Defendants TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC and TROPIX, INC. on June 8, 2020 by personally serving Sue Zouky a Business Document Specialist in the Corporation Division of the Department of State of the State of New York at 99 Washington Ave, Albany, NY, on June 8, 2020 and proof of service having been filed on September 30, 2020, and the Defendants not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

     **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff, RACHEL WEINGEIST, have judgment against the Defendants, TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC. and MARIO BAEZA, jointly and severally, in the liquidated amount of $60,000.00, plus unreimbursed employee expenses in the amount of $10,409.55 with

2

interest at 9% on the unreimbursed expenses from December 1, 2019 to September 30, 2020 in the amount of $756.84, amounting to $71,166.39, plus costs and disbursements of this action in the amount of $678.24, plus attorneys' fees incurred by Plaintiff in this action in the amount of $7,055.00, amounting in all to **$78,899.63.**

DATED:   New York, New York

        11/5/2020

United States District Judge Edgardo Ramos

This document was entered on the docket on

November 5, 2020

2