UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST, *on behalf of herself and others similarly situated who were employed by* TROPIX MEDIA & ENTERTAINMENT *and* TROPIX HOLDINGS LLC *and* TROPIX INC.,

                    Plaintiff,

– against –

TROPIX MEDIA & ENTERTAINMENT, *et al.*,

                    Defendants.

**ORDER**

20 Civ. 275 (ER)

Ramos, D.J.:

    On November 5, 2020, the Court entered a default judgment against defendants Tropix Media & Entertainment, Tropix Holdings LLC, Tropix, Inc. and Mario Baeza. Defendants Rodriguez, Milan and Cespedes have been served with process and remain in the case. Plaintiff is directed to move for default against these defendants or otherwise provide the Court with a status update by no later than April 19, 2021.

    It is SO ORDERED.

Dated:   April 5, 2021
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.