# Marzec Law Firm, P.C.

**Darius A. Marzec Is Licensed To Practice Law In:  New York
New Jersey • Connecticut • Massachusetts • Pennsylvania
Washington, D.C.  • Illinois • Florida • California • Hawaii**

**BROOKLYN OFFICE**
776A Manhattan Avenue, Suite 104
Brooklyn, NY 11222
Phone:  (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

---

**VIA ECF**

March 31, 2022

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

**Re:    Weingeist v. Tropix, Inc., et al.
         1:20-cv-00275 (ER) (SLC)**

Dear Judge Ramos:

We represent Plaintiff Rachel Weingeist ("Defendant" or "Ms. Weingeist") in the above-referenced action. As Your Honor is aware, Defendants' vacatur motion was filed and fully submitted for Your Honor's consideration on September 22, 2021. See Dkt. Doc. #82, #84, and #85. In accordance with Your Honor's Individual Practices § 2D, the undersigned also respectfully requested oral argument on the motion. See Dkt. Doc. #86. Given the foregoing, Ms. Weingeist respectfully awaits a decision/order by the Court regarding Defendants' nonpayment of her wages and Defendants' failure to reimburse Ms. Weingeist for business expenses incurred on behalf of Defendants.

Respectfully,

/s/ Jerome Noll

Jerome Noll

CC:    Geoffrey D. Mueller, Esq. (via ECF/email)