UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

RACHEL WEINGEIST, individually and on behalf of all
other persons similarly situated who were employed by
TROPIX MEDIA & ENTERTAINMENT and TROPIX          Case No.: 1:20-cv-00275 (ER) (SLC)
HOLDINGS LLC and TROPIX INC.,

                              Plaintiff,          **NOTICE OF VOLUNTARY**
                                                  **DISMISSAL PURSUANT TO**
          - against –                             **F.R.C.P. 41(a)(1)(A)(i)**

TROPIX MEDIA & ENTERTAINMENT, TROPIX
HOLDINGS LLC, TROPIX, INC., MARIO BAEZA,
TAYMI CESPEDES, JAVIER RODRIGUEZ, and
TANIA MILAN,

                              Defendants.
----------------------------------------------------------------------X

          Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

RACHEL WEINGEIST and her counsel, hereby give notice that the above-captioned action is

voluntarily dismissed, without prejudice, against the defendants TAYMI CESPEDES, JAVIER

RODRIGUEZ, and TANIA MILAN.


Dated: April 22, 2022
       Brooklyn, NY


SO ORDERED:                                       By: _____
_____                        Jerome Noll, Esq.
HON. EDGARDO RAMOS                                     Marzec Law Firm, P.C.
UNITED STATES DISTRICT JUDGE                           776A Manhattan Ave, Suite 104
  Date:   April 25, 2022                               Brooklyn, NY 11222
          New York, New York                           (718) 609-0303