# LAW OFFICES OF GEOFFREY D. MUELLER

GEOFFREY D. MUELLER[1]

*Counsel*
MICHAEL J. CICALA
DAVID NATHANSON

*Of Counsel*
WARREN C. FARRELL[2]

1 MEMBER: NJ, NY & DC BARS
2 MEMBER: NJ BAR & CERTIFIED
   CIVIL TRIAL ATTORNEY

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675

PHONE: (201) 569-2533
FAX: (201) 569-2554

www.gdm-law.com

2 WILLIAM STREET - #304
WHITE PLAINS, NY 10601

610 E. PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632

REPLY TO & SERVE ALL
PROCESS AT WESTWOOD

PLEASE REFER ALL
INQUIRIES TO:
MAILBOX@GDM-LAW.COM

---

File No.: 1224-1

April 21, 2022

**VIA ECF ONLY**
Clerk
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   RE: **Rachel Weingeist v. Tropix Media & Entertainment, et al.**
      **Civil Action No.: 1:20-cv-00275-ER**

Dear Sir/Madam:

  This Firm represents Defendants, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc. and Mario Baeza relative to the above-referenced action. Pursuant to the Order and Opinion entered on March 30, 2022, enclosed for filing, please find Defendants' Answer, Counterclaim and Third Party Complaint.

  We thank Your Honor for the Court's consideration.

          Respectfully submitted,

         */s/Geoffrey D. Mueller*

         GEOFFREY D. MUELLER

GDM/sv
Enclosure
Cc: Hon. Edgardo Ramos, U.S.D.J. *(via ECF; w/ encl.)*
   Darius A. Marzec, Esq. *(via ECF; w/ encl.)*
   Clients *(via electronic mail; w/ encl.)*