UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RACHEL WEINGEIST, individually and on behalf of all other persons similarly situated who were employed by TROPIX MEDIA & ENTERTAINMENT and TROPIX HOLDINGS LLC and TROPIX INC.,

                      Plaintiff,

- against –

TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, and TANIA MILAN,

                      Defendants.
-------------------------------------------------------------------X

Case No.: 1:20-cv-00275 (ER) (SLC)

**<u>CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER</u>**

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure ("FRCP") that:

      1.     All parties do NOT consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

      2.     The case is to be tried before a jury.

      3.     Joinder of additional parties must be accomplished by March 1, 2023.

      4.     Amended pleadings may be filed until October 2, 2023.

      5.     Interrogatories shall be served no later than September 22, 2022, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply here and counsel consent to a maximum of 100 interrogatories for plaintiffs and 100 interrogatories for all defendants.

      6.     First Request for production of Documents, if any, shall be served no later than September 22, 2022.

      7.     Non-expert depositions shall be completed by January 30, 2023, and all plaintiffs shall be limited to a total of ten (10) depositions and all defendants shall be limited to a total of ten (10) depositions.

    a.    Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any requests for production of documents.

    b.    Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than April 30, 2023.

9. Rebuttal expert reports shall be served no later than May 17, 2023.

10. Additional provisions agreed upon by counsel are attached hereto as Attachment A and made a part hereof.

11. **ALL DISCOVERY SHALL BE COMPLETED BY JUNE 1, 2023**.

12. Any motions shall be filed in accordance with the Court's Individual Practices.

13. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference.)

14. The Magistrate Judge assigned to this case is the Honorable Sarah L. Cave.

15. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

16. The next case management conference is scheduled for **June 8, 2023** at **10:00 a.m.**

SO ORDERED.

Dated: New York, New York
       August 23, 2022

                                                  Edgardo Ramos, U.S. District Court Judge

## ATTACHMENT A

| EVENT | COMMENTS | PROPOSED DEADLINE |
|---|---|---|
| Completion of all fact discovery (inclusive of depositions) | | 1/30/2023 |
| Amended pleadings filed with Court and/or file motion for preliminary collective class certification | | 10/02/2022 |
| Maximum number of interrogatories beyond the number permitted under the federal rules and local rule 33.3 | 100 for Plaintiffs<br><br>100 for Defendants | Served: 9/8/2022<br><br>Respond: 10/09/2022 |
| Maximum number of Requests to Admit | | Served: 9/8/2022<br><br>Respond: 10/9/2022 |
| Notice to Produce/Production of Documents | | Served : 9/8/2022<br><br>Respond: 10/9/2022 |
| Number of depositions by Plaintiffs | Depositions limited to not more than ten (10) total party and non-party depositions | To Be Completed on or before 1/30/2023 |
| Number of depositions by Defendants | Depositions limited to a total of ten (10) party and non-party depositions | To Be Completed on or before 1/30/2023 |
| Number of expert witnesses of Plaintiffs | 1 | |
| Number of expert witnesses of Defendants | 1 | |
| Time for completion of joinder of any additional parties | | 3/1/2023 |
| Exchange of expert reports | | 4/30/2023 |
| Settlement Conference | | TBD |
| Completion of expert depositions | | 5/3/2023 |
| Commence dispositive motion and/or Class Decertification | | 6/5/2023 |
| **COMPLETION OF ALL DISCOVERY** | | **6/1/2023** |