United States District Court for the Southern District of New York

**AFFIDAVIT OF SERVICE**



Index no : 20-CV-275-ER-SLC

| Plaintiff(s): | **Rachel Weingeist** |
|---|---|
| Defendant(s): | **Mario Baeza, et al** |

ss.:

**Mark Ciancio**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New Jersey.

On **08/15/2022** at **11:50 AM**, I served the within **Summons & Complaint** on **Pickled Punk Sublease, LLC** at **12-14 Desbrosses St., New York, NY 10013** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Alejandro (last name refused)**, **Authorized Agent** of **Pickled Punk Sublease, LLC**, a person of suitable age and discretion. Said premises is **Pickled Punk Sublease, LLC's** usual place of business within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Hispanic | Black | 24 | 5'9 - 6'0" | 161-200 lbs |
| Other Features: | | | | | |

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on August 17, 2022.

Sworn to and subscribed before me on
_____ 17, 20 22

Sondra Rinsky
Notary Public, State of New Jersey
My commision Expires June 12, 2024
Essex

SONDRA D. RINSKY
NOTARY PUBLIC OF NEW JERSEY
Commission # 50106686
My Commission Expires 6/12/2024

X_____
Mark Ciancio
Express Process & Subpoena Company
759 Bloomfield Ave., PMB 323
West Caldwell, NJ 07006
973-364-1220