UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL WEINGEIST, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED WHO WERE EMPLOYED BY TROPIX MEDIA & ENTERTAINMENT AND TROPIX HOLDINGS LLC AND TROPIX INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT, <br><br> -AGAINST- <br><br> TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TA YMI CESPEDES, JAVIER RODRIGUEZ, AND TANIA MILAN, <br><br> DEFENDANTS/COUNTERCLAIM PLAINTIFFS. <br><br>_____ <br><br> TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC. AND MARIO BAEZA, <br> THIRD PARTY PLAINTIFFS, <br><br> -AGAINST- <br><br> RACHEL WEINGEIST, INDIVIDUALLY, PERERA & COMPANY LLC AND PICKLED PUNK SUBLEASE LLC, <br><br> THIRD PARTY DEFENDANTS. | Case No. 1:20-CV-00275-ER-SLC <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned has been retained by and appears for Third Party Defendant Pickled Punk Sublease LLC in this action.

{034441-016/00355018-1}

Dated: New York, New York
September 1, 2022

**WACHTEL MISSRY LLP**

By: /s/ *Steven J. Cohen*
Steven J. Cohen
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
cohen@wmllp.com
*Attorneys for Third party Defendant*
*Pickled Punk Sublease LLC*