# LAW OFFICES OF GEOFFREY D. MUELLER

**GEOFFREY D. MUELLER**[1]

*Counsel*
MICHAEL J. CICALA
ROBERT N. GLASER[2]
DAVID J. NATHANSON

*Of Counsel*
WARREN C. FARRELL[3]

[1] MEMBER: NJ, NY & DC BARS
[2] MEMBER: NJ, NY & AZ BARS
[3] MEMBER: NJ BAR & CERTIFIED CIVIL TRIAL ATTORNEY

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675

PHONE: (201) 569-2533
FAX: (201) 569-2554

www.gdm-law.com

2 WILLIAM STREET - #304
WHITE PLAINS, NY 10601

610 E. PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632

REPLY TO & SERVE ALL
PROCESS AT WESTWOOD

PLEASE REFER ALL
INQUIRIES TO:
MAILBOX@GDM-LAW.COM

File No.: 1224-1

September 30, 2022

**VIA ECF ONLY**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **RE:**    **Rachel Weingeist v. Tropix Media & Entertainment, et al.**
            **Civil Action No.: 1:20-cv-00275-ER**

Dear Judge Ramos:

      This Firm represents Defendants/Counterclaimants/Third-Party Plaintiffs, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc. and Mario Baeza relative to the above-referenced action.

      On September 23, 2022, this Firm requested permission from Plaintiff to extend the time to serve our clients' discovery demands. This Firm received no response to same.

      Further, the Firm and our clients will be discontinuing our professional relationship. As Your Honor may recall, this Firm represents 3 entities as well as Mr. Baeza individually. As the Court is aware, Mr. Baeza cannot sign a Substitution of Attorney on behalf of the business entities.

      As such, pursuant to the foregoing, we are respectfully requesting that the Court convene a conference to discuss a briefing schedule relative to a Motion to Withdraw as Counsel and Extend Time to serve discovery demands or in the alternative, that Your Honor grant permission to file such a motion.

LAW OFFICES OF GEOFFREY D. MUELLER, LLC

Rachel Weingeist v. Tropix Media & Entertainment, et al.
Civil Action No.: 1:20-cv-00275-ER
September 30, 2022
Page 2

       We thank Your Honor for the Court's consideration.

       Respectfully submitted,

       */s/Geoffrey D. Mueller*

       GEOFFREY D. MUELLER

GDM/sv
Cc:    Jerome Noll, Esq. *(via ECF)*
       Steven J. Cohen, Esq. *(via ECF)*
       Clients *(via electronic mail)*