

Steven J. Cohen
*Partner*
212 909-9505 DIR TEL
212 909-9463 DIR FAX
cohen@wmllp.com

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

October 6, 2022

**<u>Via ECF and Email</u>**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: Rachel Weingeist ("Plaintiff") v. Tropix Media & Entertainment, et al.
> <u>Civil Action No.: 1:20-CV-00275-ER-SLC</u>

Dear Judge Ramos:

This firm represents Third-Party Defendant Pickled Punk Sublease LLC ("Pickled Punk") in the above-referenced action.

On September 30, 2022, in accordance with Your Honor's Individual Practices, we submitted a letter requesting a pre-motion conference with respect to Pickled Punk's proposed motion to dismiss the Third-Party Complaint interposed by Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc., and Mario Baeza ("Third Party Plaintiffs") for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Doc. 128. That same day, counsel for Third Party Plaintiffs, Geoffrey D. Mueller, Esq., wrote a letter requesting "that the Court convene a conference to discuss a briefing schedule relative to a Motion to Withdraw as Counsel and Extend Time to serve discovery demands or in the alternative, that Your Honor grant permission to file such a motion withdraw from representation in this matter." Doc. 127.

While Pickled Punk takes no position at this time with respect to the merits of any such forthcoming application described by counsel, we ask that Pickled Punk's proposed motion to dismiss, and any proposed briefing schedule thereon, be considered at the earliest conference the Court may be inclined to convene. Alternatively, should the Court be inclined to permit Pickled Punk to file its proposed motion to dismiss without a conference, we are prepared to do so within two business days after the Court so orders, and propose that any answering papers be filed within 14 days thereafter, with any reply due within 7 days thereafter.

> Respectfully submitted,
>
> */s/Steven J. Cohen*
> Steven J. Cohen

cc:     All Counsel of Record

{034441-016/00359791-1}