## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL WEINGEIST, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED WHO WERE EMPLOYED BY TROPIX MEDIA & ENTERTAINMENT AND TROPIX HOLDINGS LLC AND TROPIX INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT, <br><br> -AGAINST- <br><br> TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, AND TANIA MILAN, <br><br> DEFENDANTS/COUNTERCLAIM PLAINTIFFS. | CIVIL ACTION NO.: 1:20-CV-00275-ER-SLC <br><br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL, TO EXTEND TIME TO SERVE DISCOVERY DEMANDS AND TO EXTEND TIME TO RESPOND TO DISCOVERY DEMANDS** |
| TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC. AND MARIO BAEZA, <br><br> THIRD PARTY PLAINTIFFS, <br><br> -AGAINST- <br><br> RACHEL WEINGEIST, INDIVIDUALLY, PERERA & COMPANY LLC AND PICKLED PUNK SUBLEASE LLC, <br><br> THIRD PARTY DEFENDANTS. | |

**SIRS:**

**PLEASE TAKE NOTICE** that upon the attached affirmation of Geoffrey D. Mueller,

Esq., sworn to on October 26, 2022, the Law Offices of Geoffrey D. Mueller, LLC will move

before this Court, Honorable Judge Edgardo Ramos, U.S.D.J., in Room 619, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, on the ___ day of _____, 2022 at 10:00 a.m., or soon thereafter as counsel can be heard, for an order permitting the Law Offices of Geoffrey D. Mueller, LLC to withdraw as counsel of record for Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs, Mario Baeza, individually, Tropix Media & Entertainment, Tropix Holdings LLC and Tropix Inc, to extend time to serve discovery demands and to extend time to respond to discovery demands.

| | |
|---|---|
| Dated: Westwood, New Jersey<br>October 26, 2022 | **Law Offices of Geoffrey D. Mueller, LLC**<br>Attorneys for Defendants, Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza<br><br>By: __/s/Geoffrey D. Mueller__<br>    GEOFFREY D. MUELLER, ESQ.<br>    366 Kinderkamack Road<br>    Westwood, New Jersey 07675<br>    (201) 569-2533<br>    email: gmueller@gdm-law.com |

TO:   Darius Adam Marzec, Esq.
      Marzec Law Firm, P.C.
      776A Manhattan Avenue, Suite 104
      Brooklyn, New York 11222
      (718) 609-0303
      email: dmarzec@marzeclaw.com

      Steven J. Cohen, Esq.
      Wachtel Missry, LLP
      One Dag Hammarskjold Plaza
      885 Second Avenue
      New York, New York 10017
      (212) 909-9505
      email: cohen@wmllp.com

      Mr. Mario Baeza
      41 Union Square West, #823/824
      New York, New York, 10003
      Email: mbaeza@tropixme.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL WEINGEIST, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED WHO WERE EMPLOYED BY TROPIX MEDIA & ENTERTAINMENT AND TROPIX HOLDINGS LLC AND TROPIX INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT, <br><br> -AGAINST- <br><br> TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, AND TANIA MILAN, <br><br> DEFENDANTS/COUNTERCLAIM PLAINTIFFS. | CIVIL ACTION NO.: 1:20-CV-00275-ER-SLC <br><br><br><br> **ORDER** |
| TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC. AND MARIO BAEZA, <br><br> THIRD PARTY PLAINTIFFS, <br><br> -AGAINST- <br><br> RACHEL WEINGEIST, INDIVIDUALLY, PERERA & COMPANY LLC AND PICKLED PUNK SUBLEASE LLC, <br><br> THIRD PARTY DEFENDANTS. | |

**THIS MATTER** having been presented to the Court upon the application of the LAW OFFICES OF GEOFFREY D. MUELLER, LLC, attorneys for Defendants, TROPIX INC. d/b/a TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC and MARIO BAEZA for an

Order permitting the Law Offices of Geoffrey D. Mueller, LLC to withdraw as Counsel for Defendants, Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza, individually and to extend time to serve discovery demands and to extend time to respond to discovery demand in the above-referenced matter; and for good cause shown:

**IT IS** on this _____ day of _____, 2022;

**ORDERED** that the Motion to permit the Law Offices of Geoffrey D. Mueller, LLC to Withdraw as Counsel for Defendants be and is hereby GRANTED; and

**IT IS FURTHER ORDERED** that the Defendants Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza, individually are to retain successor counsel within _____ days of the date hereof; and

**IT IS FURTHER ORDERED** that the Defendants Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza, individually shall have until _____ day of _____ 2022 to respond to written discovery demands previously served on them; and

**IT IS FURTHER ORDERED** that the Defendants Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza, individually shall have until _____ day of _____ 2022 to serve written discovery demands on all other parties hereto; and

**IT IS FURTHER ORDERED** that within _____ days of the Law Offices of Geoffrey D. Mueller, LLC's receipt of this Order, a copy of this Order shall be served upon all parties including Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza, individually by electronic mail, first class mail and certified mail, RRR.

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL WEINGEIST, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED WHO WERE EMPLOYED BY TROPIX MEDIA & ENTERTAINMENT AND TROPIX HOLDINGS LLC AND TROPIX INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT, <br><br> -AGAINST- <br><br> TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, AND TANIA MILAN, <br><br> DEFENDANTS/COUNTERCLAIM PLAINTIFFS. | CIVIL ACTION NO.: 1:20-CV-00275-ER-SLC <br><br><br> **CERTIFICATION OF SERVICE** |
| TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC. AND MARIO BAEZA, <br><br> THIRD PARTY PLAINTIFFS, <br><br> -AGAINST- <br><br> RACHEL WEINGEIST, INDIVIDUALLY, PERERA & COMPANY LLC AND PICKLED PUNK SUBLEASE LLC, <br><br> THIRD PARTY DEFENDANTS. | |

I hereby certify that on this 26th day of October, 2022, a true and accurate copy of the Law Offices of Geoffrey D. Mueller, LLC's Motion to Withdraw as Counsel and to extend time to serve discovery demands and to extend time to respond to discovery demands was filed and served on

all counsel of record via ECF.

Dated: Westwood, New Jersey
       October 26, 2022

**Law Offices of Geoffrey D. Mueller, LLC**
Attorneys for Defendants, Tropix Inc. d/b/a Tropix Media & Entertainment, Tropix Holdings LLC and Mario Baeza

By:   */s/Geoffrey D. Mueller*
    GEOFFREY D. MUELLER, ESQ.
    366 Kinderkamack Road
    Westwood, New Jersey 07675
    (201) 569-2533
    email: gmueller@gdm-law.com

TO:    Darius Adam Marzec, Esq.
        Marzec Law Firm, P.C.
        776A Manhattan Avenue, Suite 104
        Brooklyn, New York 11222
        (718) 609-0303
        email: dmarzec@marzeclaw.com

        Steven J. Cohen, Esq.
        Wachtel Missry, LLP
        One Dag Hammarskjold Plaza
        885 Second Avenue
        New York, New York 10017
        (212) 909-9505
        email: cohen@wmllp.com

        Mr. Mario Baeza
        41 Union Square West, #823/824
        New York, New York, 10003
        Email: mbaeza@tropixme.com