# LAW OFFICES OF GEOFFREY D. MUELLER

GEOFFREY D. MUELLER[1]

Counsel
MICHAEL J. CICALA
ROBERT N. GLASER[2]
DAVID J. NATHANSON

Of Counsel
WARREN C. FARRELL[3]

1 MEMBER: NJ, NY & DC BARS
2 MEMBER: NJ, NY & AZ BARS
3 MEMBER: NJ BAR & CERTIFIED
  CIVIL TRIAL ATTORNEY

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675

PHONE: (201) 569-2533
FAX: (201) 569-2554

www.gdm-law.com

2 WILLIAM STREET - #304
WHITE PLAINS, NY 10601

610 E. PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632

REPLY TO & SERVE ALL
PROCESS AT WESTWOOD

PLEASE REFER ALL
INQUIRIES TO:
MAILBOX@GDM-LAW.COM

File No.: 1224-1

November 29, 2022

**VIA ECF ONLY**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **RE:**    **Rachel Weingeist v. Tropix Media & Entertainment, et al.**
              **Civil Action No.: 1:20-cv-00275-ER**

Dear Judge Ramos:

      This Firm represents Defendants/Counterclaimants/Third-Party Plaintiffs, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc. and Mario Baeza relative to the above-referenced action.

      Pending before the Court is Third Party Defendant, Pickled Punk Sublease, LLC's Motion to Dismiss the Third Party Complaint [Dkt. 142, Dkt. 143]. Defendants/Counterclaimants/Third-Party Plaintiffs, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc. and Mario Baeza's opposition to this Motion is due November 29, 2022.

      As the Court may recall, on October 26, 2022, this Firm filed the Motion to Withdraw as Counsel and Extend Time for Defendants to serve discovery demands and expend upon the reasons the Firm is seeking to withdraw in the motion [Dkt. 139, Dkt. 140].

      At this time, due to the pending Motion to Withdrawal, we respectfully request that the Motion to Dismiss the Third Party Complaint be adjourned until there is a decision on the Motion to Withdrawal.

      In the alternative, if the Court is unable to accommodate, we respectfully request a two-week adjournment, making Defendants/Counterclaimants/Third-Party Plaintiffs, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix Inc. and Mario Baeza's opposition due on December

LAW OFFICES OF GEOFFREY D. MUELLER, LLC

Rachel Weingeist v. Tropix Media & Entertainment, et al.
Civil Action No.: 1:20-cv-00275-ER
November 29, 2022
Page 2

14, 2022.  We have requested consent from counsel for Pickled Punk Sublease, LLC, however did not receive an immediate response.

      We thank Your Honor for the Court's consideration.

      Respectfully submitted,

      */s/Geoffrey D. Mueller*

      GEOFFREY D. MUELLER

GDM/sv
Cc:    Jerome Noll, Esq. *(via ECF)*
        Steven J. Cohen, Esq. *(via ECF)*
        Clients *(via electronic mail)*