UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST, individually and on behalf of
all other persons similarly situated who were
employed by TROPIX MEDIA &
ENTERTAINMENT and TROPIX HOLDINGS LLC
and TROPIX INC.,

      Plaintiff/counterclaim
      defendant,

    *– against –*

TROPIX MEDIA & ENTERTAINMENT, TROPIX
HOLDINGS LLC, TROPIX, INC., and MARIO
BAEZA,

      Defendants/counterclaim
      plaintiffs.

**ORDER**

20-cv-275 (ER)

Ramos, D.J.:

On October 26, 2022, Geoffrey Mueller of the Law Offices of Geoffrey D. Mueller, LLC,

filed a motion to withdraw as counsel in the above-captioned matter.  Doc. 139.  The motion also

moves to extend time to serve discovery demands and to extend time to respond to discovery.

*Id.*  An affirmation of Mr. Mueller in support of the motions was filed under seal.  Doc. 140.  For

the reasons set forth in the affirmation, the motion to withdraw as counsel is granted.  It is hereby

ordered that:

 (1) The Motion to permit the Law Offices of Geoffrey D. Mueller, LLC to Withdraw as
   Counsel for Defendants is GRANTED;

 (2) that the Defendants Tropix Media & Entertainment, Tropix Holdings LLC, Tropix,
   Inc., and Mario Baeza, individually are to retain successor counsel who shall enter
   their appearance **by January 3, 2023**;

 (3) that the Law Offices of Geoffrey D. Mueller, LLC shall serve a copy of this Order on
   Tropix Media & Entertainment, Tropix Holdings LLC, Tropix, Inc., and Mario

Baeza, individually by electronic mail, first class mail and certified mail by December 2, 2022.

SO ORDERED.

Dated:    November 30, 2022
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.