UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST, individually and on behalf of all other persons similarly situated who were employed by TROPIX MEDIA & ENTERTAINMENT, and TROPIX HOLDINGS LLC and TROPIX INC.,

    Plaintiff,

– against –

TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, *and* TANIA MILAN,

    Defendants.

**DEFAULT JUDGMENT**

20-cv-275 (ER)

R‌AMOS, D.J.:

  This action was commenced on January 16, 2020 with the filing of the Complaint. Doc. 13. On January 24, 2020, Plaintiff filed the First Amended Complaint. Doc. 16.

  The Summons to the First Amended Complaint against Tropix Media & Entertainment, Tropix Holdings LLC, Tropix, Inc., and Mario Baeza was issued on January 31, 2020. Docs. 333–36. On February 20, 2020, the Defendants were properly served and proof of service was filed on February 24, 2020. Docs. 37–40.

  Defendants appeared in this action on June 29, 2021 and answered the First Amended Complaint by filing an Answer and Third-Party Complaint on April 27, 2022. Doc. 94.

On October 5, 2022 Defendants' attorney moved to withdraw as counsel for Defendants. Doc. 129. The Court issued an Order, dated November 30, 2022, granting Defendants' counsel's motion to withdraw and ordering Defendants to retain successor counsel and for counsel to enter their appearance by January 3, 2023. Doc. 145. Defendants failed to retain successor counsel by January 3, 2023.

On February 6, 2023, Plaintiff properly filed a motion for default judgment, Doc. 152, and on March 2, 2023 the Court held a show-cause hearing at which only counsel for Plaintiff appeared. Accordingly, it is

**ORDERED**:

That the Plaintiff, Rachel Weingeist, have judgment against the Defendants, Tropix Media & Entertainment, Tropix Holdings LLC, Tropix, Inc., and Mario Baeza, jointly and severally, in the liquidated amount of $60,000.00, plus unreimbursed employee expenses in the amount of $10,409.55 with interest at 9% on the unreimbursed expenses from December 1, 2019 to February 6, 2023 in the amount of $2,988.91, amounting to $73,398.46, plus costs and disbursements of this action in the amount of $622.24, plus attorneys' fees incurred by Plaintiff in this action in the amount of $28,851.81, amounting in all to $103,072.51.

Dated:   March 2, 2023
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.