UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RACHEL WEINGEIST, individually and on behalf of all other persons similarly situated who were employed by TROPIX MEDIA & ENTERTAINMENT and TROPIX HOLDINGS LLC and TROPIX INC.,
            Plaintiff,

- against -

TROPIX MEDIA & ENTERTAINMENT,
TROPIX HOLDINGS LLC, TROPIX, INC.
and MARIO BAEZA,
            Defendants.
------------------------------------------------------------------X

**ORDER**
20-cv-275 (ER)

On September 15, 2023, the Court held a hearing to consider Plaintiff Rachels Weingeist's motion for an Order, pursuant to Rule 37(a)(1) and 37(a)(5)(A) of the Federal Rules of Civil Procedure and Local Rule 37.2, compelling Defendant Mario Baeza ("Mr. Baeza") to respond to Plaintiff's post-judgment discovery demands consisting of request for production of documents and interrogatories and for attorneys' fees and costs in filing the motion. Doc. 162. At that conference, the Court granted Plaintiff's motion to compel in its entirety. Minute Entry (September 15, 2023).

Mr. Baeza is ordered to serve responses to Plaintiff's post-judgment discovery by September 29, 2023. Pursuant to Rule 37(4), an evasive or incomplete disclosure, answer, or response to Plaintiff's post-judgment discovery demands shall be treated by this Court as a failure to disclose, answer, or respond.

Mr. Baeza is furthered ordered to pay Plaintiff by September 29, 2023, her fees and costs incurred in filing her motion in the sum of $6,525.00 in fees and $12.48 in costs for a total sum in fees and costs of $6,537.48. Rule 37(a)(5)(A).

It is **SO ORDERED.**

Dated: September __15__, 2023
       New York, New York

                                              EDGARDO RAMOS, U.S.D.J.