UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHER PERSONS
SIMILARLY SITUATED WHO
WERE EMPLOYED BY TROPIX
MEDIA & ENTERTAINMENT, AND
TROPIX HOLDINGS LLC AND
TROPIX INC.,

    Plaintiff,

– against –

TROPIX MEDIA & ENTERTAINMENT,
TROPIX HOLDINGS LLC, TROPIX
INC., MARIO BAEZA, TAYMI
CESPEDES, JAVIER RODRIGUEZ, and
TANIA MILAN,

    Defendants.

**ORDER**

20-cv-00275 (ER)

RAMOS, D.J.

  At the conference held on August 21, 2024, the Court directed Mario Baeza to submit a copy of his passport to the Court and to counsel for Plaintiff. Baeza emailed a scanned version of his passport to the Court and to counsel for Plaintiff on the following day. Based on Baeza's alleged misrepresentations to the Court at the August 21, 2024 conference regarding the frequency of his international travel since 2022, counsel for Plaintiff requests that the Court seize his passport. Baeza responds that he did not misrepresent the frequency of his travel.

2

Based on the Court's review of Baeza's passport, it appears that his representation to the Court that he has travelled infrequently since the start of the COVID-19 pandemic is substantially accurate. Accordingly, the Court will not grant Plaintiff's requested relief.

SO ORDERED.

Dated: August 27, 2024
        New York, New York

                                            EDGARDO RAMOS, U.S.D.J.