UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED WHO WERE EMPLOYED BY TROPIX MEDIA & ENTERTAINMENT, AND TROPIX HOLDINGS LLC AND TROPIX INC.,

Plaintiff,

– against –

TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX INC., MARIO BAEZA, TAYMI CESPEDES, JAVIER RODRIGUEZ, and TANIA MILAN,

Defendants.

**ORDER**

20-cv-00275 (ER)

RAMOS, D.J.

The Court is in receipt of Baeza's letter motion requesting a one-week extension of time to respond to Weingeist's post-judgment discovery demands and to schedule an *ex parte* meeting regarding these discovery demands. Baeza's request for a one-week extension is GRANTED, and he is directed to comply with the discovery requests no later than October 8, 2024. Baeza's request for an *ex parte* meeting is DENIED.

SO ORDERED.

Dated:   September 30, 2024
         New York, New York

EDGARDO RAMOS, U.S.D.J.