UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST,

                Plaintiffs,

v.

TROPIX MEDIA AND ENTERTAINMENT, *et al.,*

                Defendants.

**ORDER**

20-cv-0275 (ER)

Ramos, D.J.:

On October 14, 2024, Baeza sent an email to the Court requesting a 10-day extension of time to file a response to Weingeist's letter dated October 7, 2024, doc. 211. The application is granted. His response is now due October 25, 2024.

    SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                            Edgardo Ramos, U.S.D.J.