UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WEINGEIST,

                    Plaintiff,

          – against –

TROPIX HOLDINGS LLC, TROPIX
INC., and MARIO BAEZA,

                    Defendants.

**ORDER**

20-cv-275 (ER)

RAMOS, D.J.:

On August 27, 2024, the Court denied Plaintiff's request to seize Baeza's passport. Doc. 209.  On October 7, 2024, Plaintiff filed a letter requesting a pre-motion conference to file a motion for reconsideration regarding the Court's order denying Plaintiff's request to seize Baeza's passport.  Doc. 211.  After Baeza failed to timely respond to Plaintiff's letter, the Court directed the parties to file a status letter by April 4, 2025.  Doc. 214. Since then, there has been no activity in this case.

The parties are directed to file a status letter by January 21, 2026.

It is SO ORDERED.

Dated:   January 14, 2026
         New York, New York

                                        _____
                                        EDGARDO RAMOS, U.S.D.J.